**Order entered April 20, 2020**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-19-01431-CV

## TOWN OF HIGHLAND PARK, Appellant

## V.

## TIFFANY RENEE MCCULLERS, ET AL., Appellees

**On Appeal from the 191st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-18-08709**

## ORDER

Before the Court is appellees' April 17, 2020 unopposed motion for a two-week extension of time to file their brief. We **GRANT** the motion and **ORDER** the brief be filed no later than May 18, 2020.

/s/    ERIN A. NOWELL
        JUSTICE